BPS-101
January 20, 2006

### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-1101**

IN RE: JAIME GONZALEZ,
Petitioner

U. S. DISTRICT COURT - DE
MISC. CASE # 06-23

Present: RENDELL, AMBRO and GREENBERG, Circuit Judges.

Submitted are:

(1) Petitioner's application pursuant to 28 U.S.C. § 2244 and § 2255 to file a second or successive motion under 28 U.S.C. § 2255; and

(2) Government's Response thereto; in the above-captioned case.

Respectfully,

Clerk

MMW/RPC/awi

_____ORDER_____

The foregoing application to file a second or successive motion under 28 U.S.C. § 2255 is dismissed as unnecessary. Petitioner has not filed a prior motion to vacate his conviction, and therefore does not require our pre-authorization to file his first motion to vacate in the District Court. See 28 U.S.C. § 2255. We express no opinion as to whether Petitioner's proposed claims would be timely if now filed in a first motion to vacate. See 28 U.S.C. § 2255 paragraph 6; Lloyd v. United States, 407 F.3d 608 (3d Cir. 2005).

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

A True Copy:

Marcia M. Waldron
Dated: 30 January 2006
Marcia M. Waldron, Clerk
AWI/CC: JG
EF